UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANNETTE M., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Case No. 1:23-CV-43-WCL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Defendant having filed an Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice given, and the Court advised in the premises:

1. Defendant's Unopposed Motion to Remand for Further Administrative Proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g), is GRANTED.

2. The Clerk will enter judgment, REVERSING the Commissioner's decision under sentence four of section 205(g) of the Social Security Act (Act), 42 U.S.C. § 405(g), with REMAND to the Commissioner for further administrative proceedings.

3. Upon receipt of this Court's order, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further administrative proceedings and a new hearing and new decision. On remand, the ALJ will: (1) evaluate the record medical opinions; (2) evaluate the claimant's residual functional capacity with citation to the medical evidence that supports each limitation assessed and with consideration for all of her impairments; (3) evaluate the claimant's subjective statements; and (4) obtain additional vocational evidence as warranted.

SO ORDERED this 1st day of June, 2023.

                                                        s/William C. Lee
                                                        JUDGE WILLIAM C. LEE
                                                        UNITED STATES DISTRICT COURT